IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYCE MILILLO | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 14-3143 |
| THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. | : | |
| Defendant | : | |

**ORDER**

AND NOW this 13th day of October, 2015, upon consideration of Defendant Thomas Jefferson University's Motion for Summary Judgment (Doc. 23), Plaintiff Joyce Milillo's Brief in Opposition to Defendant Thomas Jefferson University's Motion for Summary Judgment (Doc. 25), and Defendant Thomas Jefferson University's Reply Brief in Further Support of Motion for Summary Judgment (Doc. 26) and for the reasons set out in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that

1. Defendant's Motion on Counts I and III of Plaintiff's Amended Complaint (Doc. 2) is **DENIED**, and

2. Defendant's Motion on Count II of Plaintiff's Amended Complaint is **GRANTED**.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE